# UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 8, 2015

MEMO TO COUNSEL RE: Franch Shaw v. Pfizer, Inc., et al.
Civil No. JFM-14-454

Dear Counsel:

I have lost track of the status of this case.

I believe that everyone has agreed that I should enter plaintiff's motion for partial final summary judgment. Accordingly, I ask counsel for plaintiff to submit a proposed order for my signature on or before October 15, 2015.

By the same date (October 15, 2015) I advise anyone who opposes the motion to so advise me.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT -9 AM 10: 57
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY